SOA
Matthew Stromenger, Esq.
Nevada Bar No. 15464
The Matian Firm
400 South 4th Street, Suite 215
Las Vegas, Nevada 89101
Telephone: (725) 218-3870
Facsimile: (725) 218-3871
MatthewStromenger@matianlegal.com
*Attorney for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                                              )<br>              Plaintiff,              )<br>                                              )<br>       v.                                    )<br>                                              )<br>MARCO CAPISTRAN,            )<br>                                              )<br>              Defendant,           )<br>_____) | CASE NO.   2:23-CR-00227-JAD-DJA-1<br><br>DEPT. NO.   6D<br><br>**CONSENT ORDER GRANTING**<br>**SUBSTITUTION OF ATTORNEY** |

Notice is hereby given that, subject to approval by the court, **MARCO CAPISTRAN** substitutes **MATTHEW STROMENGER, ESQ.**, State Bar No. 15464 as counsel of record in place of **RANDOLPH FIEDLER**.

Contact Information for new counsel is as follows:

    Firm Name:   Matian Firm A.P.C.
    Address:      400 S. 4th Street, Suite 215, Las Vegas, NV 89101
    Telephone:   725-281-3870    Fax: 725-281-3871

I consent to the above substitution:
Date: 12/21/2023                      *Marco Capistran*
                                             Marco Capistran

I consent to the above substitution:
Date: 12/21/2023                      *Randolph Fiedler, Esq.*

I consent to the above substitution:
Date: 1/3/24                              *Matthew Stromenger, Esq.*

The Substitution of attorney is hereby approved and so ORDERED.
Date: January 4, 2024                          Judge